# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158750(87)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ROSA WOODS,
        Plaintiff-Appellant,
and

ROSETTA HALL,
        Plaintiff,

v

RE INVESTMENT, INC.,
        Defendant,
and

CITIFINANCE, INC., CITIMORTGAGE, INC.,
and CITI, INC.,
        Defendants-Appellees.
_____/

SC: 158750
COA: 338139
Wayne CC: 16-006341-CH

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing her reply is GRANTED. The reply will be accepted as timely filed if submitted on or before February 20, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



Clerk